UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22620-CIV-GAYLES/WHITE

JOSE FUENTES,

        Petitioner,

v.

JULIE L. JONES, et al.,

        Respondents.
_____/

## ORDER ON REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge (the "Report") [ECF No. 8]. Petitioner Jose Fuentes ("Petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and sentence following a jury verdict in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. [ECF No. 1]. The matter was referred to Magistrate Judge White [ECF No. 3]. Judge White's Report recommends that the Court dismiss the Petition as time-barred. Petitioner has timely objected to the Report, arguing that Judge White, in determining when Petitioner's judgment of conviction became final, failed to account for Petitioner's motion for rehearing and rehearing on banc—denied by the Florida Third District Court of Appeals on November 14, 2013. [ECF No. 9]. Petitioner also argues that Judge White failed to apply the mailbox rule to all of Petitioner's filings. [*Id.*].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the

party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has conducted a *de novo* review of the record and finds that the Petition was timely. *See Lowe v. Fla. Dep't of Corrections*, 679 F. App'x 756, 757 (11th Cir. 2017) ("Under the Supreme Court's rules, the 90-day period for filing a petition for certiorari begins to run from the date of entry of the judgment; and in the event a timely petition for rehearing is filed and denied, the period begins to run from the date of the denial."). Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) The Court declines to adopt Judge White's Report [ECF No. 8]; and

(2) This matter is remanded to Judge White for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of October, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE